FANNIE FOX v. NEW YORK LIFE INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Glennon, .Untermyer and Dore, JJ.